Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
T: (323) 988-2400 x241; F: (866) 385-1408
Rlee@consumerlawcenter.com
Attorneys for Plaintiff,
DANIELA MAURY f/k/a
DANIELA O'LEARY



UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA,
OAKLAND DIVISION

DANIELA MAURY f/k/a DANIELA O'LEARY,

    Plaintiff,

v.

JANET QUINN DENNIS d/b/a PRO SOLUTIONS,

    Defendant.

Case No.: **C13-2780**

**COMPLAINT**

**(Unlawful Debt Collection Practices)**

DANIELA MAURY f/k/a DANIELA O'LEARY (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against JANET QUINN DENNIS d/b/a PRO SOLUTIONS (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 *et seq.* (RFDCPA).

3. Defendant acted through her agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers, and attorneys.

///

- 1 -

AMENDED COMPLAINT

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained therein.

5. Defendant conducts business in the State of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

7. Plaintiff is a natural person residing in Pleasanton, Alameda County, California.

8. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5) and Cal. Civ. Code § 1788.2(h).

9. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and Cal. Civ. Code §1788.2(c), and sought to collect a consumer debt from Plaintiff.

10. Defendant is a natural person who does business as a debt collection organization with a business office located in Pittsburg, California.

## FACTUAL ALLEGATIONS

11. Defendant is attempting to collect an alleged debt from Plaintiff for a homeowners association ("HOA") assessment originally owed by Plaintiff and her ex-husband to Saint Francis Bay-One Crescent Way with account number CID1832-649930.

12. Plaintiff's alleged debt owed arises from transactions for personal, family, and household purposes.

13. Defendant places collection calls to Plaintiff at (952) 218-69XX

14. On April 2, 2013 at approximately 10:06 A.M., Defendant's representative placed a

AMENDED COMPLAINT

collection call to Plaintiff and left a voicemail message.

15. In the voicemail message, Defendant's representative failed to state that the call was being placed by a debt collector in an attempt to collect an alleged debt. *See* Transcribed Voicemail Message attached hereto as Exhibit "A"

16. On April 12, 2013 at approximately 9:34 A.M., Defendant's representative placed a second collection call to Plaintiff and left a voicemail message.

17. In the voicemail message, Defendant's representative, "Stephanie" failed to state that the call was being placed by a debt collector in an attempt to collect an alleged debt. *See* Transcribed Voicemail Message attached hereto as Exhibit "B"

18. On or around April 12, 2013, Defendant sent Plaintiff a letter and report stating that Plaintiff owed an alleged balance of $11,131.86, including $5,571.00 in collection fees.

19. Upon information and belief, Plaintiff did not at any time agree to pay any collection fees to Defendant.

20. The report contained a heading which read "St. Francis Bay-One Crescent Way vs. O'Leary."

21. On April 29, 2013, Defendant placed a third collection call to Plaintiff and left a voicemail message.

22. In the third voicemail message, Defendant's representative, "Stephanie" failed to state that the call was being placed by a debt collector in an attempt to collect an alleged debt. *See* Transcribed Voicemail Message attached hereto as Exhibit "C"

23. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt, and by falsely implying that litigation has commenced against Plaintiff.

24. On May 21, 2013 and June 4, 2013 Counsel for Plaintiff sent emails to Defendant

- 3 -

AMENDED COMPLAINT

informing Defendant that Plaintiff was represented by counsel.

25. Despite being informed that Plaintiff was represented by counsel, Defendant placed a telephone call to Plaintiff on June 6, 2013.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

26. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692c(a)(2) of the FDCPA by communicating with Plaintiff despite knowing that Plaintiff was represented by counsel;

   b. Defendant violated §1692e of the FDCPA by using a false, deceptive, or misleading representation or means in connection with the collection of a debt;

   c. Defendant violated §1692e(10) of the FDCPA by using a false representation or deceptive means to collect or attempt to collect any debt;

   d. Defendant violated §1692e(11) of the FDCPA by failing to meaningfully disclose that the call was being made by a debt collector in an attempt to collect a debt;

   e. Defendant violated §1692e(13) of the FDCPA by falsely representing that its collection report was part of a legal proceeding;

   f. Defendant violated §1692f of the FDCPA by using unfair or unconscionable means to collect or attempt to collect any debt;

   g. Defendant violated §1692f(1) of the FDCPA by collecting an amount incidental to the principal obligation without express or legal authorization.

WHEREFORE, Plaintiff, DANIELA MAURY f/k/a DANIELA O'LEARY respectfully requests judgment be entered against Defendant, JANET QUINN DENNIS d/b/a PRO SOLUTIONS for the following:

27. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

AMENDED COMPLAINT

28. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

29. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

30. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

31. Defendant violated the RFDCPA based on the following:

    a. Defendant violated the §1788.13(j) of the RFDCPA through the false representation that a legal proceeding has been, is about to be, or will be instituted unless payment of a consumer debt is made.

    b. Defendant violated the §1788.14(b) of the RFDCPA by collecting or attempting to collect from the debtor the whole or any part of the debt collector's fee or charge for services rendered, or other expense incurred by the debt collector in the collection of the consumer debt.

    c. Defendant violated the §1788.17 of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692 *et seq*. to wit: Section 1692e and Section 1692f.

WHEREFORE, Plaintiff, DANIELA MAURY f/k/a DANIELA O'LEARY respectfully requests judgment be entered against Defendant, JANET QUINN DENNIS d/b/a PRO SOLUTIONS for the following:

32. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

33. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and

AMENDED COMPLAINT

34. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: June 13, 2013

KROHN & MOSS, LTD.

By: _____
Ryan Lee
Attorney for Plaintiff

- 6 -

AMENDED COMPLAINT

# EXHIBIT A

EXHIBIT A

"Yes, hi Daniela, this is (unintelligible) with Pro Solutions, and I'm calling in regards to your homeowners association with St. Francis Bay-One Crescent Way. This is in regards to your settlement offer. When you get a chance please give our office a call 925-432-8884. Thank you."

# **EXHIBIT B**

"Hi, this message is for Ms. O'Leary, this is Stephanie with Pro Solutions. If you could please give me a call back at 925-432-8884. I am calling you back, I received your message for a board update. As soon as you call me back I will be more than happy to review your case with you. Thank you so much, have a great day."

# **EXHIBIT C**

"Hi, this message is for Ms. O'Leary, this is Stephanie with Pro Solutions. If you could please return my call at 925-432-8884, I would appreciate it. Thank you so much, and I look forward to speaking with you."