Ryan Lee Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 405
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400
F: (866) 861-1390
Attorney for Plaintiff
DANIELA MAURY f/k/a DANIELA O'LEARY

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA,**
**OAKLAND DIVISION**

| | |
|---|---|
| DANIELA MAURY f/k/a DANIELA O'LEARY,<br><br>    Plaintiff,<br>  vs.<br><br>JANET QUINN DENNIS d/b/a PRO SOLUTIONS,<br>    Defendant. | **Case No.: 3:13-cv-02780-NC**<br><br>NOTICE OF SETTLEMENT |

NOW COMES the Plaintiff, DANIELA MAURY f/k/a DANIELA O'LEARY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated: 07/1/2013        KROHN & MOSS LTD

/s/ Ryan Lee
Ryan Lee, Esq.
Attorney for Plaintiff,
DANIELA MAURY f/k/a DANIELA O'LEARY

1

NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on July 1, 2013, I served all counsel of record with a copy of this document by way of the CM/ECF system.

          By:    /s/ Ryan Lee
                     Ryan Lee, Esq.